UNITED STATES of America,
Plaintiff–Appellee

v.

Hector Jesus GARCIA–GUAJARDO,
Defendant–Appellant.

No. 11–40822
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 18, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, H. Michael Sokolow, Assistant Federal Public Defenders, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Hector Jesus Garcia–Guajardo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Garcia–Guajardo has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Garcia–Guajardo's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Garcia–Guajardo's motion to remand is DENIED. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

